Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd., #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEREL ROSENFELD,<br><br>Plaintiff,<br><br>vs.<br><br>INPHI CORPORATION, DIOSDADO P. BANATAO, NICHOLAS E. BRATHWAITE, CHENMING C. HU, DAVID E. LIDDLE, BRUCE M. MCWILLIAMS, ELISSA MURPHY, WILLIAM J. RUEHLE, SAM S. SRINIVASAN, and FORD TAMER,<br><br>Defendants. | Case No.   21-cv-00486-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Berel Rosenfeld ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

Dated: April 8, 2021

**WEISSLAW LLP**
Joel E. Elkins

By: _/s/ Joel E. Elkins_

Joel E. Elkins
9100 Wilshire Blvd., #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
             -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

_Attorneys for Plaintiff_

- 2 -